RECEIVED
IN LAKE CHARLES, LA.
JUL 21 2015
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 2:15 CR 00019-01 |
| VS. | : | JUDGE MINALDI |
| DELDRICK S. FOWLER | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

There being no objections to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed,[1] these findings and conclusions are accepted. Alternatively, this court finds that the proposed findings of fact and conclusions of law are entirely correct. Accordingly, it is

ORDERED that the guilty plea of the defendant, Deldrick S. Fowler, is ACCEPTED and that Deldrick S. Fowler is adjudicated guilty of the offense charged in Count One of the Indictment.

Sentencing shall be held on the 6th day of August, 2015 at 10:15 AM before the undersigned.

Lake Charles, Louisiana, this 16 day of July, 2015.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE

---

[1] Rec. Doc. 25 issued May 4, 2015.